IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Respondent, | ) | Case Nos.   CV-05-368-S-BLW |
| | ) | CR-04-07-S-BLW |
| v. | ) | |
| | ) | **JUDGMENT** |
| KATHY ANN RODRIGUEZ, | ) | |
| | ) | |
| Defendant-Movant. | ) | |
| | ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED

AND ADJUDGED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside,

or Correct Sentence (Docket No. 1 in CV-05-368-S-BLW and Docket No. 53 in

CR-04-07-S-BLW) filed by KATHY ANN RODRIGUEZ is DENIED and Case

No. CV-05-368-S-BLW is DISMISSED with prejudice.

DATED:  **December 18, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**